In the Matter of the Application of Matthiew McCarthy, as Executor, etc., of Mary McCarthy, Deceased, to Discover Certain Property of Said Decedent Claimed to Be Withheld. Matthiew McCarthy, as Executor, etc., Petitioner, Respondent; Mary Donaghy, Appellant.— Decree unanimously affirmed, with

costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [164 Misc. 719.]